**RECEIVED**

JUL 14 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DIST

JOSEPH MURPHY
    Plaintiff

V.

WARDEN JUSTIN WILKS,
Lt. Nolan, and CORRECTIONAL
OFFICER Morris

    Defendants

1:22-cv-3673
Judge Sara L. Ellis
Magistrate Judge Susan E. Cox
Random / Cat 3 / PC 4

SCANNED AT PON CC
EMAILED 7/14/22 (date)
BY GK (intials)
39 (# of pages)

JUDGE:

Magistrate Judge:

JURY Trial Demanded

## COMPLAINT

NOW COMES, Plaintiff Joseph Murphy pro se, and herself, here by files this complaint as follows:

1.) This is an action by Joseph Murphy (Murphy), an inmate in the custody of the ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) at DIXON CORRECTIONAL CENTER (DIXON), whose Constitutional Rights have been violated by defendants.

2.) Specifically, defendants have been deliberate indifferent to Murphy's need for safely from unwanton and unnecessary force

(1.)

while in Restraints.

3.) Plaintiff has hereby been deprived of her privileges and rights guaranteed by the Eighth Amendment to be free from cruel and unusual punishment, as is incorporated by the Fourteenth Amendment Due Process and Equal Protection Rights of the United States Constitution.

4.) Murphy hereby seeks actual, consequential compensatory, and punitive damages pursuant to 42 U.S.C. § 1983.

## THE PARTIES.

5.) Defendant Justin Wilks (Wilks) was at all times relevant to the events of this complaint and is employed by the IDOC in the capacity of acting Warden at Dixon. Wilks is responsible for institutional rules, policies, proceedures, and all Administrative decisions at Dixon, including but not limited to inmates grievances in accordance with the proceedures set forth in 20 Illinois Administrative Code 504.800's

(2.)

et seq. Throughout Wilks tenure as Acting Warden he had personal knowledge that the conditions of confinement challenged in this complaint were being imposed on inmates at Dixon, including plaintiff. As such Wilks was acting under color of law and is being sued in his individual capacity

6.) Defendant (first name unknown) Lieutenant Nolan (Lt. Nolan) at all times relevant to the events of this complaint was/is employed by IDOC. Lt. Nolan had personal knowledge that the conditions of confinement challenged in this complaint were being imposed on inmates at Dixon including Murphy. As such Lt. Nolan acted under color of law and is being sued in his individual capacity

7.) Defendant (first name unknown.) Correctional tactical team officer Morris at all times relevant to the events of this complaint was/is employed by IDOC. Morris had personal knowledge that the conditions of confinement challenged in this complaint were being imposed on inmates at Dixon, including

(3.)

plaintiff. As such Morris acted under color of law and is being sued in his individual capacity

## JURISDICTION And VENUE

8.) This action is brought pursuant to 42 U.S.C § 1983 and the Eighth and Fourteenth Admendments to the United States Constitution. This Court has jurisdiction over these claims under 28 U.S.C. § 1331 and 1343 (3.)

## EXHAUSTION OF ADMINISTRATIVE REMEDIE:

9.) Pursuant to 42 U.S.C. § 1997 e. (a.) Murphy attempted to resolve the instant complaint by exhausting his rights through the grievance procedure provided to her at Dixon, including but not limited to pursuing all available Administrative Appeals.

## FACTS OF THE CLAIM

10.) On or around about 8/18/2021 at approximately 1:10 p.m. while in X-house C-Wing plaintiff was being

(4.)

# Statement Of Fact

1.) On or around about 8/18/2021 at approximately 1:10 p.m. while in X-House C-Wing plaintiff was being escorted by C/o. Morris from the deck group room.

2.) As I reached the steps I observe Dr. Hinton leave off the C-Wing as I requested to talk to him.

3.) At which time C/o. Morris advised me to just stand on the steps and he will get Dr. Hinton to try to speak with me.

4. Now while awaiting to speak with Dr. Hinton Lt. Nolan approached me and said "Why are you standing here. go to your cell before I hang you nigger.

5. Before I could respond C/o. Morris told me just don't say anything

6.) At which time Lt. Nolan began threatening me and saying you and that nigger Dr. Hinton

(5)

can go fuck each other, i'm not letting you talk to noone.

7. Lt. Nolan continue on to berate me saying I don't care if you're homicidal, suicidal or faggotidal l get the fuck to your cell

8. At which point I turned my head in opposite direction of him and ignored him.

9.) At which time Lt. Nolan became more irrate and aggressive towards me.

10) Lt. Nolan after what seems like a life time of ~~being~~ badgering and beratement Lt. Nolan step off the C-Wing.

11.) At which time Lt Nolan talked to some tactical team members just outside of the C-Wing.

12.) Now as Lt Nolan reentered C-Wing he told C/o. Morris to move out of the way I am about to Spray (pepper spray) this faggot

(6)

18.) At which time I said why spray me I haven't done anything to get sprayed, I'm just standing here like C/o. Morris told me to.

19.) At which time Lt. Nolan removed his mace from his side and begin to shake his mace can.

20. At which time I put my head down staring at the floor; when C/o. Morris said "you are doing good just continue to remain calm, he's not gonna spray you while in restraints.

21. At which time Lt. Nolan proceeded to spray me in my hair, ear, neck, and face.

22. At which time Lt. Nolan kept spraying until a member of the tact team said that's enough.

23. At which time I realized C/o. Morris had manipulated me into standing there openly without covering up.

24. At which time C/o. Morris didn't intervene or allow me to attempt to move out of way of getting sprayed.        (7)

25. At which time I couldn't see, but heard a lot of movement which I assume was the tactical team members.

26.) At which time the nurse arrived and I was able to flush the spray out of my burning eyes, neck, face, and ear while in restraints.

27. Now after I was able to flush some of the spray from my burning body I was then allowed to return to my cell

28.) At which time I asked for a crisis and was refused a mental health crisis assessment by security staff per Lt. Nolan.

29.) I was also denied my mandatory shower on the 2nd shift (3p.m. to 11p.m.) per Lt. Nolan when it wasn't even his shift.

30.) Now by denying me my shower I continue to feel the burning sensation from the spray that was still on my body.

31.) At which Time Plaintiff Became Deft In Left Ear, And over A Period OF 6 Month's Requested And Recieved Medical Attention AND WAS FOUNDED TO HAVE EAR INFECTION AS A Direct Result oF Pepper Spray INSIDE EAR.

32) AT which Time Aprx 08-18-21, Plaintiff Begun To exhaust All Administrative Remidie's (Grievance Process).

33) AT which Time Grievance OFFICER Deem Grievance AN emergiency, INVESTIGATION WAS OPEND ON 08-25-21 chief Administrative OFFICER CONCURD EMERGIENCY.

34) AT which Time Plaintiff Became A TARGET FOR HARASSMENT, & Ridicule, Being THAT Plaintiff was Forced To continue To Be Around Lt. Nolan & STAFF COMANDED By Lt. Nolan, As A Result was Sexually HARASSED, Medically Neglected, Deprived oF equal access To ADA Disability's Accomadation & Due Process.

35) AT which Time Plaintiff Attemp TO Rearcere injunctive Relief, TRANSFER, Attorney Assistance,.

# Relief Request

#1. I Being The Plantif Request #1.5 Million Dollor's For Violation's & Paw & suffering, Also I Request Transfer Out of State To Female Prison, I Request That Defandent's Be charged with By The Court And I Request That My Court Fec's Be Paid By Defandent's.

## Certification

07-13-22

Signiture Joseph Murphy

Name Joseph Murphy
ID # #ID M42534

ADDRESS Pontiac C.C,
P.O. Box 99
Pontiac Id, 61764

By Signing This Complaint I Certify That Facts stated In This Complaint are True To The Best of My Knowteg Information and Belief. I Understand That if This Certification is Not Correct I May Be Subject To Sanctions by The Court.

(4)

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

VI.     The plaintiff demands that the case be tried by a jury.  ☐ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

| | | | |
|---|---|---|---|
| Inmate Id: | M42534 | Ret Form Ind: | ▼ |
| Name: | MURPHY, JOSEPH | Modify Ind: | ▼ |
| Chair Code: | DEKI ▼ | Deny Ind: | ▼ |
| Grv Type: | L ▼ | Favorable Ind: | ▼ |
| Grv Code: | STAFF CONDUCT ▼ | Deferred Ind: | ▼ |
| Receive Date: | 11/12/2021 | Moot Ind: | ▼ |
| Hearing Date: | 00/00/0000 | Grievance Number: | 214002 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | DIXON CC ▼ | Incident Date: | 00/00/0000 |
| Hearing Loc: | DIXON CC ▼ | Incident Inst: | ▼ |
| | | Date Receipted: | 11/16/2021 |

Comments: **E-GRV #214002 (10/20/21) GRVS ALLEGES A "MALE NURSE", CO MORRIS, CO WALLS ATTEMPT TO GIVE HARMONE SHOT GRIEVANT CLAIMS DID NOT SEE COME OUT OF PACK (10/20/21); ALLEGES SEXUAL HARASSMENT AND ASSAULT FROM MULTIPLE STAFF.**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __MURPHY__ _____ __JOSEPH__ _____ __M42534__
Last Name · First Name · MI · ID#

Facility: __DIXON__ _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 7/31/2021 _____ or ☐ Correspondence: Dated: _____

Received: __9/30/2021__ _____ Regarding: __C/O MOORIS CONDUCT ON 7/31/2021__ _____
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: __RYAN A. KILDUFF__ _____ _____ __10-8-21__
Print Name · Signature · Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev 3/2018)

Signed Grievance #/Institution: 2 1 2 3 4 6

Housing Unit: XC   Bed #: 27

1st Lvl rec: ___   2nd Lvl rec: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 07-31-21   Offender (please print): Joseph Murphy   ID #: M42534   Race (optional): BLK

Present Facility: Dixon C.C.   Facility where grievance issue occurred: Dixon C.C.

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation
☑ Staff Conduct   ☑ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify): ___
☐ Disciplinary Report

Date of report ___   Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On The above Date And Aprx Time of 11:30 on 7 To 3 Shift
Yo Morris was passing out Trays - And when He Got To Cell 27
on X-House C-wing - He said I Hope You like The Tray I put my
Tize in it - Then I said Stop playing with me So Came me another Tray
So He walked Grabed another Tray off the Kart And Brought it To
my Door Saying I put my Size in this one To So I want it - So I Asked
For A Crisis Team - And Yo morris Came back And Took The Tray ...

☐ Continued on reverse

Relief Requested:

I want Yo Reprimended, Fired, No pay, I want A Keep Separated
order on Yo morris, Simply Because He is Sexaly verbly Hurrasing
me, I Fear For my Safty And my Health Around Yo Morris, And
I want To File A press; I want To press charges, Im only
putting Not emergency Because Yall Always Send Then back with None Dne.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

Offender's Signature: Joseph Murphy   ID#: M42534   Date: 07-31-21

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 08/03/21   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Internal Affairs This grievance Topic has been reviewed and
addressed by Internal Affairs

Print Counselor's Name: Josh Ruther   Sign Counselor's Name: Josh Ruther   Date: 08/8/2021

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: ___

This determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ___   Date ___

Distribution: Master File; Offender   Page 1 of 2

| Assigned Grievance #/Institution: | 2137.29 | | Housing Unit | XC | Bed # 27 |
| --- | --- | --- | --- | --- | --- |

| 1st Lvl rec: | | ILLINOIS DEPA Offe | OF CORRECTIONS Grievance | | 2nd Lvl rec: M 72 |
| --- | --- | --- | --- | --- | --- |

| Date: 10-04-21 | Offender (please print): Joseph Murphy | ID #: M42584 | Race (optional): BlK |
| --- | --- | --- | --- |

| Present Facility: Dixon C.C. | Facility where grievance issue occurred Dixon C.C |
| --- | --- |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☑ Other (specify): Safty Concerns
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

_____ Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Have Been Having Nyghtmare's Since An Incident envolving it. Nolun And myself where it. Nolun excessively pepper sprayed me on the Landing of X House - Causing Steps on 8-15-21 - Apex 6:10pm - Ive Talked To MHP Dlafinlow on 10-3-21 At 1:41 pm At my cell - in x-House on C-Wing And I conveyed my Safty Concern's - Being that I Am Diegnosed with (PTSD) And I Am prescribed "Possession" For my Reaccuring Nyld -mare's, And cold sweat's - Pron Attack's ect ect, I explained Hiw Because of the Truma I've endured on that Horrible Day of 08.15.21 when it Nolun pepper sprayed me ever

☑ Continued on reverse

**Relief Requested:**

I Fear For my Safty concern it Nolun. I want A Restranning order on it Nolun. I Do not want To Be caround it Nolun-I want medical Attention For my pains in my eye. I want To press charge's on it Nolun. I want False Ticket From it Nolun thrown out-I want Kept seperate From it Nolun please. thank You

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

☐ Check if this is NOT an emergency grievance.

Joseph Murphy
_____ Offender's Signature _____

M42584
_____ ID# _____

10-4-21
_____ Date _____

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: _____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received OCT 04 2021

Is this determined to be of an emergency nature

☐ Yes, expedite emergency grievance

☑ No, an emergency is not substantiated Offender should submit this grievance according to standard grievance procedure

Quintin Miller
10-7-21

Assigned Grievance #/Institution _____     Housing Unit. _____     Bed # _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl roc. _____          2nd Lvl roc _____

And over again excessively For no apparent Reason I Am plagued with constant Terrifying Nightmare's of Being in Random places. And sometime's Lt Nolan will appear And Ask me Do I Like mace. these Sargeon's To spray me And I have ran through whatever Dream I was previously Having. And Sometime's Just A Faceless person with Lt clothi's on appear. And Do the Same As live DayNightmares Lt Nolan Thus Has Been A Constant Fear For me Not only in my unconscious state But Also Being awake I Fear Coming out of my Cell Because of Lt Nolan's Assault on me Every Day. Since As on 09-29-21 At Aprox 1:45am Segreant X-House C-wing During "Staff was Running Butthe Barber Shop). Something Allowed To All collective pedical's Housed X-House. C-wing But Because of Lt Nolan's presence I was Scared To Come out To Preview my Grooming Every Day Since 08-15-21 where Lt Nolan excessively pepper Sprayed me I Have Been Conditioned By Numerous Scare Tactic's By Lt Nolan's Favorit staff Tact Team member Ditzler. Same As when Barber Shop Came on 09-29-21 Ditzler was Rite Next To Lt Nolan And when Tact Team Ditzler observed me At my Door window. on 09-29-21 X-House C-wing Aprox 1:45pm. He made A Comment To Lt Nolan And A Gester To my Cell which is Cell 27 then I Seen Lt Nolan Turn around And they Began Talking About Something they desired against. I was Scared. So I Refused To Come out For Barber Shop. Also Ditzler thus Been Rechymesly storming my Cell 27, on X-House C-wing performing Quata Reviews my about 4 "Quata-Reviews" Has All Been By Ditzler practicing And pushing on my mental. "Attempting" To place Fear in me. Also every since Being pepper Sprayed By Lt Nolan So excessively on 08-15-21 in X-House on C-wing At Aprox 1:45pm I Have Been Having constant ear ache's. like ear infection's where I've Been excessively Sprayed in my left ear By Lt Nolan And I put A medical Slip in To see about Sick Call.

2 1 37, 29

MAIL RECEIPT

DATE 11·09·21

OFFICER _____

1. Please open in front of inmate and check for contraband.
2. Verify identity of sender.
3. Verify only privileged correspondence is contained in envelope, if other material or correspondence is found return to mail room.

PLEASE HAVE INMATE SIGN FOR THE FOLLOWING:
_____ Certified Mail
_____ X Privileged Mail
_____ Special Delivery

From:
Name West Town Law
Address _____
City/State Chi

Inmate Signature and Number:

_____

RETURN TO MAIL ROOM _____
DCA 21-618 - IL 426-7727

Murphy
M 42534 XC


MAIL RECEIPT

DATE 11·09·21

OFFICER _____

1. Please open in front of inmate and check for contraband.
2. Verify identity of sender.
3. Verify only privileged correspondence is contained in envelope, if other material or correspondence is found return to mail room.

PLEASE HAVE INMATE SIGN FOR THE FOLLOWING:
_____ Certified Mail
_____ X Privileged Mail
_____ Special Delivery

From:
Name RTS: Transformative
Address _____ Justic law
City/State Chi

Inmate Signature and Number:

_____

RETURN TO MAIL ROOM _____
DCA 21-618 - IL 426-7727

Murphy M42534

XC

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Murphy_____ Joseph_____ ___ M42534_____
　　　　　　Last Name　　　　　　　　First Name　　　　　　　　MI　　　ID#

Facility: Dixon_____

☒ Grievance: Facility Grievance # (if applicable) 213077_____ Dated: 8/18/2021_____ or ☐ Correspondence: Dated: _____

Received: 9/30/2021_____ Regarding: Staff Conduct - 08/18/21- excessive use of force Lt. Nolan_____
　　　　　　Date

The attached grievance or correspondence is being returned for the following reasons:

┌─────────────────────────────────────────────────────────────────────────────────────┐
│ **Additional information required:**                                                  │
│ ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable. │
│ ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief │
│ 　 Administrative Officer's response, to appeal; if timely. │
│ ☐ Provide dates when incidents occurred. │
│ ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the │
│ 　 attached grievance or correspondence with the additional information requested to: │
│ 　 Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277 │
└─────────────────────────────────────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────────────────────────────────────┐
│ **Misdirected:** │
│ ☐ Contact your correctional counselor or Field Services regarding this issue. │
│ ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the │
│ 　 offender grievance process outlined in Department Rule 504 for further consideration. │
│ ☐ Contact the Record Office with your request or to provide additional information. │
│ ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review │
│ 　 Board. │
│ ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706 │
└─────────────────────────────────────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────────────────────────────────────┐
│ **No further redress:** │
│ ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be │
│ 　 addressed further. │
│ ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further. │
│ ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. │
│ ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this │
│ 　 issue will not be addressed further. │
│ ☐ This office previously addressed this issue on _____ │
│ 　　　　　　　　　　　　　　　　　　　　　　　　Date │
│ ☐ No justification provided for additional consideration. │
└─────────────────────────────────────────────────────────────────────────────────────┘

┌─────────────────────────────────────────────────────────────────────────────────────┐
│ **Other** (specify): Does not meet DR504F guidelines. An investigation into the claims is opened. Grievance recevied in ARB untimely. No review │
│ _____ │
└─────────────────────────────────────────────────────────────────────────────────────┘

Completed by: DeAnna Kink_____　　　　　　　　　　　　　　　　　　10.5.21
　　　　　　　　Print Name　　　　　　　　　　　　　　　　Signature　　　　　　　　Date

Distribution:　Offender　　　　　　　　　　　Printed on Recycled Paper　　　　　　　DOC 0070 (Rev. 3/2018)
　　　　　　　Inmate Issues

XC·27

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| **Grievance Officer's Report** |
|---|

Date Received: 08/19/2021     Date of Review: 08/25/2021     Grievance # (optional): 213077

Offender: Joseph Murphy        ID#: M42534

**Nature of Grievance:**

Staff Conduct - Lt. Nolan

**Facts Reviewed:**

This Grievance Officer notes that Individual in Custody Murphy M42534 submitted this grievance marked emergency, citing excessive force.

CAO deemed this grievance an emergency. It was forwarded to Internal Affairs.

Per Internal Affairs, "an investigation into the alleged excessive use of force has been opened".

**Recommendation:**

Based on a total review of all available information, this Grievance Officer is reasonably satisfied Mr. Murphy's concern is being addressed.

S. Payne, CCII                  _Payne CCII_

Print Grievance Officer's Name             Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

Date Received: 8 - 26. 21    ☒ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

RECEIVED

SEP 3 0 2021

ADMINISTRATIVE
REVIEW BOARD

_Justin Wilks_           8-26-21

Chief Administrative Officer's Signature        Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature            ID#           Date

Assigned Grievance # Institution 213077

Chief Administrative Officer

1st Lvl rec AUG 1 0 2021

Housing Unit _____ Bed # _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 08-18-21

Present Facility: Dixon County

Offender (please print): Joseph Murphy

ID #: M42534

Race (optional): BLK

2nd Lvl rec _____

Facility where grievance issue occurred: Dixon

**Nature of grievance:**

☐ Personal Property
☐ Mail Handling
☐ Medical Treatment
☐ ADA Disability Accommodation

☑ Staff Conduct
☐ Dietary
☐ HIPAA
☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility
☐ Other (specify): _____

☐ Disciplinary Report

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON The Above DATE - Aprx Time Indicated on Tickit - is 1:10 pm - on X-C wing I was Being escorted By S/o Morris #4666 From Top Deck Group Room- And I Seen Doctor Hinton- lowve out - So I stoped on the steps And Asked my S/o To Cret DR Hinton To Speak with me, And S/o morris said To Just stand on steps And Stop Im Returning And they will Cret DR. Hinton For me. So I complied - aspeeting To Speak with OR. Hinton. Then A J.t Cr. Noliar #11270 Aproched And said" What Are You Standin There For Fuzit - Cro To Your Sell Befor I Hang You Nigger- my Response was the ☑ Continued on reverse

**Relief Requested:**

I want To press charges on J.t. Cr. Noliar #11270, I want A Keep seperated From J.t Also - I want Springfeld Notified of This incident - And I want This Theroughly Investigated & Reetified...

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

Offender's Signature: Joseph Murphy    ID#: M42534    Date: 08-18-21

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**  Date Received: _____  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Quentin Wilks    8-24-21

Assigned Grievance #/Institution _____

Housing Unit _____ Bed # _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec _____ 2nd Lvl rec _____

Response Morris # 4666 - Told me To Say which was I Refuse - then This Lt Beegun To Threaten me and Say You and That Nigger DR-Hinden Can One Fuck each other - I'm Not doing You Talk To No-1 I Dont Care of Your Suicidal or Homicidal or Faggittaidul - Get The Fuck To Your Cell Now. At this point I Torn my Head And Ignore Him Because He was Becoming aggressive And very very Brutaly & Sexualy Disrespectfull - So then Lt walked out To Talk To Same Trust Team member's out side of the wing - Then Lt walked Back up the Stair's And Told Morris #4666 - Move. I'm Bout To Spray this Faggott - I Spoke up And Said why would you Spray me I'm Not even Being Aggressive - i'm Just Standing Here He proceeded To Shake Can - So I put my Head Down Because I Hear Morris Say Your Being Cword - He Aint Corne. Spray Yu - And Lt That Moment I Reealize He was Indeed Comming To Spray me - And Also That c/o morris # 4666 - manipulated the whole incident By persuading my Refused stance - Lt Beegun To Spray me I Kept my Head Down And Realized The Lt Kept Spraying me All in my Hair & my ear - and Neck Face - He Just Kept Spraying me untill A speaker on Lt's Trust Team Said okay thats enuf - At This point I Heard Alot of movement And I Could Couldnt See. So I Assumed That was The Trust Team closing in So I Complyed Fully - walked To Flush my eyes - Then Nurse Came - Then I Flushed my eye's again - they proceeded To walk to my cell - I Did Not Receive mental Health Assessment After incident, I was Refused my mundutory Shower on 2nd Shift, They Refused saying that some Lt Told them not To Let me out of my Cell, Not Allowing me To wash Spray out my Hair in which this Lt excessive Sprayed me. this incident was "excessive Force" cruel and unusual punishment. Also Deliberate Indifference, And violations of equal protection - A violation of Staff Rules, and Conduct. State that one Refused Trust Team must Deal with any fall - Still this Lt Took it upon Himself To Resort To excessive Force For His own personal Reasons then wrote me. A Bogus Ticket Saying I Attepted To Assault Him - when I cant ever even move - this is why I want To press charge on this Lt. C.R. Nelson #4870 And I want A Keep Seperate. And I want Springfield Notified -

2 1 3 0 7 7

Distribution: Master File, Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

**JB Pritzker**
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

December 9, 2021

Joseph Murphy, M42534
Dixon Correctional Center
XD-47

Joseph Murphy:

This is in response to your recent communication to the Governor's office that was forwarded to my office for review and response regarding staff conduct that took place 8/18/21.

As you are aware, you filed a grievance regarding Lt. Nolan's excessive use on this matter on 8/19/21 and the CAO deemed your grievance an emergency. Your grievance was answered, and your concerns were investigated and handled accordingly.

Upon further review, nowhere in your grievance did you state any wrongdoing of Officer Morris. I contacted Investigator Cass regarding this incident and he also stated that during the interview he conducted with you, you stated Officer Morris did not do or say anything negative to you during this incident.

I trust this has been responsive to your inquiry.

Sincerely,

Justin Wilks, Acting Warden
Dixon Correctional Center

JW:jp
cc:      file

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

JB Pritzker
Governor



Rob Jeffreys
Director

### The Illinois Department of Corrections

1301 Concordia Court • P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

# MEMORANDUM

DATE:  April 8, 2022

TO:  Joseph Murphy M42534
Dixon Correctional Center

FROM:  Ryan Nottingham
Agency PREA Coordinator

SUBJECT: Governor's Office Correspondence

Ms. Murphy –

I have been provided a copy of the correspondence you mailed to Governor JB Pritzker's Office. In the letter, you provide multiple complaints and allegations against staff and individuals in custody at Dixon Correctional Center

**Concern 1** - You have alleged you were sexually abused at Dixon CC and that your PREA claims are being 'denied'.
**Response** – The Department maintains a zero-tolerance policy against all forms of sexual abuse and harassment. Your allegations referenced in your letter have been referred for investigation. You should be provided the outcome of these allegations, in writing. If you have new allegations to report, please ensure those allegations are reported (see Facility Handbook or PREA signs displayed throughout the facility for ways to report).

**Concern 2** – You do not feel you should be housed in the male division at IDOC.
**Response** – Transfers from one gender facility to another gender facility in the Department are handled in accordance with 04.03.104, *Evaluation, Treatment and Correctional Management of Transgender Offenders*. Your request has been presented to the Transgender Administrative Committee (TAC) in accordance with this Directive. You should be provided with the Committee's response once that decision is made.

**Concern 3** – You have alleged you are 'extremely vulnerable' while housed at Dixon Correctional Center.
**Response** – You are currently designated as Vulnerable and housed accordingly – including being single-celled.

**Concern 4** – You stated you need medical attention.
**Response** – Facility administration will be notified of this request so medical staff at the facility may take appropriate action.

I hope this memo satisfactorily responds to all your concerns you relayed to Governor Pritzker's Office. If you have additional concerns, please contact the appropriate facility personnel, or contact me directly.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

May 18, 2022

**SENT VIA U. S.MAIL**
Mr. Joseph Murphy #M42534
PO Box 1200
Dixon, IL 61021

Re: Your Complaint against Dixon Correctional Center
    2022-CRC-4760,

Dear Mr. Murphy,

    The Civil Rights Bureau of the Illinois Attorney General's Office is continuing to review your complaint against Dixon Correctional Center . At this time, we are monitoring the issues described in the complaint for patterns and practices of discrimination or unlawful conduct, and will contact you if our investigation moves forward.

    This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law. The Illinois Attorney General's Office represents the State of Illinois and the interests of the people living here, not the individual making a complaint. We cannot provide legal advice, represent you as your personal lawyer, or seek monetary or other relief on your behalf. Therefore, if you wish to proceed with possible claims, you may want to discuss it with an attorney or contact any of the following organizations for assistance:

**John Howard Association**
70 E Lake Street # 410
Chicago, IL 60601
Phone: (312) 291-9183
Website: https://www.thejha.org/

**Illinois Department of Corrections Jail and Detention Standards Division**

Page 1 of 2

555 W. Monroe Street
#600-S
Chicago, IL 60661
Phone: (217) 558-2200 ex 412
Website: https://www2.illinois.gov/idoc/aboutus/Pages/JailandDetentionStandards.aspx

In the interim, please contact me at the telephone number or email address listed below if any new information or updates become available.

Sincerely,

**Shavon M. Robinson, M.S.**
*Paralegal II, Civil Rights Bureau*
*Office of Attorney General*
*100 West Randolph Street, 11th Floor*
*Chicago, IL 60601*
*Mobile Phone: (773) 590-5187*
*Fax: (312) 814-3212*
*Email: shavon.robinson@ilag.gov*